Fusion Funding v Loftti Inc. (2023 NY Slip Op 02414)

Fusion Funding v Loftti Inc.

2023 NY Slip Op 02414

Decided on May 5, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on May 5, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., PERADOTTO, CURRAN, MONTOUR, AND OGDEN, JJ.

133 CA 22-01117

[*1]FUSION FUNDING, PLAINTIFF-RESPONDENT,
v
LOFTTI INC., DOING BUSINESS AS LOFTTI CAFE, DEFENDANT, AND PAUL KIM, DEFENDANT-APPELLANT. (APPEAL NO. 2.) 

THE LINDEN LAW GROUP, P.C., NEW YORK CITY (JEFFREY BENJAMIN OF COUNSEL), FOR DEFENDANT-APPELLANT. 
WELLS LAW P.C., LANCASTER (JAMES M. SPECYAL OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

 Appeal from an order and judgment (one paper) of the Supreme Court, Erie County (Timothy J. Walker, A.J.), entered June 24, 2022. The order and judgment denied the motion of defendant Paul Kim to vacate a default judgment and imposed monetary sanctions upon defendant Paul Kim. 
It is hereby ORDERED that the order and judgment so appealed from is unanimously modified on the law by vacating that part granting sanctions and as modified the order and judgment is affirmed without costs.
Same memorandum as in Fusion Funding v Loftti Inc. ([appeal No. 1] — AD3d — [May 5, 2023] [4th Dept 2023]).
Entered: May 5, 2023
Ann Dillon Flynn
Clerk of the Court